No. 90–480.  NETZLEY v. CELEBREZZE ET AL.  Sup. Ct. Ohio. Certiorari denied.

No. 90–482.  SPANG & CO. v. DELGROSSO ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 90–484.  TABER, DBA TABERS GRASS FARM v. PLEDGER, DIRECTOR, ARKANSAS DEPARTMENT OF FINANCE AND ADMINISTRATION.  Sup. Ct. Ark.  Certiorari denied.

No. 90–490.  FANT v. BOARD OF TRUSTEES, REGIONAL TRANSIT AUTHORITY.  Sup. Ct. Ohio.  Certiorari denied.

No. 90–492.  WISCONSIN EDUCATION ASSOCIATION COUNCIL ET AL. v. WISCONSIN STATE ELECTIONS BOARD ET AL.  Sup. Ct. Wis.  Certiorari denied.

No. 90–495.  MAGEE DRILLING CO. v. ARKOMA ASSOCIATES ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 90–500.  LAURICK v. NEW JERSEY.  Sup. Ct. N. J.  Certiorari denied.

No. 90–501.  WEINBERG v. CONNECTICUT.  Sup. Ct. Conn. Certiorari denied.

No. 90–502.  PERDUE v. BARBER.  Ct. App. Ga.  Certiorari denied.

No. 90–508.  SEDILLO v. NEW MEXICO.  Ct. App. N. M.  Certiorari denied.

No. 90–509.  VIEUX ET AL. v. EAST BAY REGIONAL PARK DISTRICT ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 90–511.  MA v. CONTINENTAL ILLINOIS NATIONAL BANK & TRUST CO.  C. A. 7th Cir.  Certiorari denied.

No. 90–512.  WARREN v. DWYER.  C. A. 2d Cir.  Certiorari denied.